UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Mary Lloyd
                              Plaintiff,

v.                                              Case No.: 1:08−cv−02701
                                                Honorable Amy J. St. Eve

Aurelius Cole, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 5/28/2008, ( Status hearing set for 7/30/2008 at 08:30 AM. Defendant to answer or otherwise plead by 5/30/2008. Motion to dismiss to be filed by or on 5/30/2008. Response due 6/27/2008. Reply due 7/11/2008. Rule 26(a)(1) disclosures due 6/27/2008. Written discovery to be issued by 7/11/2008. Fact discovery ordered closed by 2/20/2009.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.