IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY LLOYD, As Special Administrator of The Estate of PHILLIP LLOYD, Deceased,<br><br>Plaintiff,<br><br>-v-<br><br>AURELIUS COLE and JOHNNY HOLMES, in his official capacity as Chief of the Village of Robbins Police Department,<br><br>Defendants. | Case No. 08 C 2701<br>Judge St. Eve |

## NOTICE OF FILING

TO: Law Offices of Todd A. Heller & Associates
707 Lake Cook Road #316
Deerfield, IL 60015

**PLEASE TAKE NOTICE** that on May 30, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, the Defendants' Answer to Plaintiff's First Amended Complaint at Law, a copy of which is served on the above-referenced party through the Electronic Case Filing system.

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.,
Attorneys for **Defendants**

BY: _____/s/ Gregory E. Rogus_____
One of the Attorneys for Defendants

Gregory E. Rogus (ARDC No. 3128154)
Anastasios T. Foukas (ARDC No. 6281404)
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 Fax

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, deposes and states that a copy of the foregoing Notice and above-mentioned pleading(s) was/were served on the party(ies) as above-addressed through the Electronic Case Filing system, pursuant to Fed.R.Civ.P.5(a), on May 30, 2008.

_____/s/ Gregory E. Rogus_____
As provided by law pursuant to Rule 5(b)(2)(B) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.

996223