**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Mary Lloyd
                             Plaintiff,

v.                                                       Case No.: 1:08–cv–02701
                                                          Honorable Amy J. St. Eve

Aurelius Cole, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's agreed oral request for an extension to 7/11/08 to respond to defendants' motion to dismiss [12] and submit Rule 26(a)(1) disclosures is granted. Defendants' 26(a)(1) disclosures and reply by 7/25/08.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.