## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 2701

MARY LLOYD, as Special Administrator of the Estate
of PHILLIP LLOYD, Deceased,
v.
AURELIUS COLE and JOHNNY HOLMES, in his Official
Capacity as Chief of the Village of Robbins Police Dept.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, Deceased,

| | |
|---|---|
| NAME (Type or print) <br> Todd A. Heller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Todd A. Heller | |
| FIRM <br> Law Offices of Todd A. Heller & Associates | |
| STREET ADDRESS <br> 707 Lake Cook Road, Suite 316 | |
| CITY/STATE/ZIP <br> Deerfield, IL  60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122211 | TELEPHONE NUMBER <br> 847-714-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 2701 |
|---|---|

MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, Deceased,
v.
AURELIUS COLE and JOHNNY HOLMES, in his Official Capacity as Chief of the Village of Robbins Police Dept.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, Deceased,

| NAME (Type or print) |
|---|
| Andrea J. Beer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Andrea J. Beer |

| FIRM |
|---|
| Law Offices of Todd A. Heller & Associates |

| STREET ADDRESS |
|---|
| 707 Lake Cook Road, Suite 316 |

| CITY/STATE/ZIP |
|---|
| Deerfield, IL  60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6281628 | 847-714-0300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 08 C 2701

MARY LLOYD, as Special Administrator of the Estate
of PHILLIP LLOYD, Deceased,
v.
AURELIUS COLE and JOHNNY HOLMES, in his Official
Capacity as Chief of the Village of Robbins Police Dept.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, Deceased,

| | |
|---|---|
| NAME (Type or print) <br> Bruce A. Slivnick | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bruce A. Slivnick | |
| FIRM | |
| STREET ADDRESS <br> 707 Lake Cook Road, Suite 316 | |
| CITY/STATE/ZIP <br> Deerfield, IL  60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181410 | TELEPHONE NUMBER <br> 847-714-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |