**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 2701

MARY LLOYD, as Special Administrator of the Estate of
PHILLIP LLOYD, Deceased,
v.
AURELIUS COLE and JOHNNY HOLMES, in his official
capacity as Chief of the Village of Robbins Police Department

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, Deceased

| | |
|---|---|
| NAME (Type or print) <br> Andrea J. Beer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Andrea J. Beer | |
| FIRM <br> Law Offices of Todd A. Heller & Associates | |
| STREET ADDRESS <br> 707 Lake Cook Road, Suite 316 | |
| CITY/STATE/ZIP <br> Deerfield, IL 60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6281628 | TELEPHONE NUMBER <br> 847-714-0300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, deceased,<br><br>          Plaintiff,<br><br>v.<br><br>AURELIUS COLE and JOHNNY HOLMES, in his official capacity as Chief of the VILLAGE OF ROBBINS POLICE DEPARTMENT,<br><br>          Defendants. | Case No. 08 C 2701<br>Judge St. Eve |

**NOTICE OF FILING**

TO:    Gregory E. Rogus
         Anastasios T. Foukas
         Segal McCambridge Singer & Mahoney, Ltd.
         Sears Tower, Suite 5500
         233 South Wacker
         Chicago, IL 60606

      PLEASE TAKE NOTICE that on July 10, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, the Attorney Appearance Form for Andrea J. Beer, copies of which are served on the above-referenced parties through the Electronic Case Filing System.

                                          LAW OFFICES OF TODD A. HELLER & ASSOC.,
                                          Attorneys for Plaintiff

                                          BY:      /s/ Andrea J. Beer
                                                      One of the Attorneys for Plaintiff

Todd A. Heller (3122211)
Andrea J. Beer (6281628)
Law Offices of Todd A. Heller & Associates
707 Lake Cook Road, Suite 316
Deerfield, IL 60015
847-714-0300
847-714-0310 Fax

**CERTIFICATE OF SERVICE**

      The undersigned, being first duly sworn on oath, deposes and states that a copy of the foregoing Notice and above-mentioned pleading(s) was/were served on the party(ies) as above-addressed through the Electronic Case Filing system, pursuant to Fed.R.Civ.P.5(a), on July 10, 2008.

                                                      /s/ Andrea J. Beer
                                          As provided by law pursuant to Rule 5(b)(2)(B) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein as true and correct.