IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, deceased,<br><br>              Plaintiff,<br><br>  v.<br><br>AURELIUS COLE and JOHNNY HOLMES, in his official capacity as Chief of the VILLAGE OF ROBBINS POLICE DEPARTMENT,<br><br>              Defendants. | Case No. 1:08-cv-02701<br>Judge St. Eve |

### PLAINTIFF'S AMENDED RULE 26(a)(1) DISCLOSURES

**Rule 26(a)(1))(A)**: The Name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response:**

1.     Witnesses to the subject occurrence:

        Lavelle Lipscomb
        3111 West 134th Street
        Robbins, IL 60472

        Robert Shelvy

        Wendell Jason Handy

        Defendant, Aurelius Cole

        Darius T. Johnson

        Tanya Lewis

        Derrick Ford

        Robin Bryant

2.    Witnesses regarding investigation

        Illinois State Police Department employees:
        Special Agent Hunt #3630
        Special Agent Surz
        Special Agent Spizzirri
        Inspector Murray #9990
        Investigator Perez
        Investigator Suarez del Real

3.    Witnesses regarding the policies, practices and procedures of the Robbins Police Department:

        Chief Johnny Holmes

        Defendant, Aurelius Cole

        Unknown Robbins Police Officers

4.    Witnesses regarding damages and Decedent's relationship with his family:

        Plaintiff, Mary Lloyd
        3701 West 141st Street
        Robbins, IL 60472

        Lavelle Lipscomb    (Decedent's Brother)
        3111 West 134th Street
        Robbins, IL 60472

        Shirl Hill    (Decedent's Sister)
        3804 West 137th Street
        Robbins, IL 60472

        Robert Shelvy (Decedent's Cousin)

        Patricia Lipscomb    (Decedent's sister)
        3701 West 141st Street
        Robbins, IL 60472

    Holly Hemingway    (Decedent's Fiancé)
    1605 NE 5th Street
    Fort Lauderdale, FL 33301
    Witness also spoke to Decedent just prior to occurrence.

    Monike Van Dyke    (Mother of one of Decedent's children)
    1951 Vermont Street, Spt. 1
    Blue Island, IL 60406

    Bradley Stolbach, Psy.D.
    5841 South Maryland Avenue
    Chicago, IL 60637
    Witness is the therapist for Lauren Lloyd (Decedent's Daughter).

**INVESTIGATION CONTINUES**
The Plaintiff reserves the right to supplement their responses as discovery proceeds.


**Rule 26(a)(1)(B)**: A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of Plaintiff and that Plaintiff may use to support his claim or defenses, unless solely for impeachment.

**Response:**
Redacted copy of the Illinois State Police investigatory file - File Number 6985. Copies of several newspaper articles relating the to subject occurrence.

The Illinois State Police are in possession of the original investigatory file and items of physical evidence, including but not limited to, items of clothing, weapons, ammunition, photographs, videotapes, squad car doors and spent shell casings.

**INVESTIGATION CONTINUES**
The Plaintiff reserves the right to supplement their responses as discovery proceeds.


**Rule 26(a)(1)(C)**: A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries.

**Response:**
Damages of $6,000,000.00 which includes damages for loss of financial support for Decedent's minor children, pain and suffering of Decedent, loss of society for minor children, , loss of society for family members under state law claims, funeral and burial expenses,, wrongful death, punitive

damages against individual Defendants and reasonable attorney's fees and costs under 42 U.S.C.A. Sec. 1988. No break down at this time.

**INVESTIGATION CONTINUES**
The Plaintiff reserves the right to supplement their responses as discovery proceeds.

**Rule 26(a)(1)(D)**: For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:** Not Applicable.

                              Respectfully submitted,
                              MARY LLOYD, as Special Administrator of
                              the Estate of PHILLIP LLOYD, deceased,

                              By:        /s/ Andrea J. Beer
                                        Attorneys for Plaintiff

Todd A. Heller (3122211)
Andrea J. Beer (6281628)
Law Offices of Todd A. Heller & Associates
707 Lake Cook Road, Suite 316
Deerfield, IL 60015
847-714-0300
847-714-0310 Fax

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, deceased, </br></br> Plaintiff, </br></br> v. </br></br> AURELIUS COLE and JOHNNY HOLMES, in his official capacity as Chief of the VILLAGE OF ROBBINS POLICE DEPARTMENT, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No.  1:08-cv-2701 </br> Judge St. Eve |

## NOTICE OF FILING

TO:   Gregory E. Rogus
      Anastasios T. Foukas
      Segal McCambridge Singer & Mahoney, Ltd.
      Sears Tower, Suite 5500
      233 South Wacker
      Chicago, IL 60606

     PLEASE TAKE NOTICE that on July 11, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, the Plaintiff's Amended Rule 26(a)(1) Disclosures, copies of which are served on the above-referenced parties through the Electronic Case Filing System.

                                                                            LAW OFFICES OF TODD A. HELLER & ASSOC.,
                                                                            Attorneys for Plaintiff

                                                                    BY:   /s/ Andrea J. Beer
                                                                             One of the Attorneys for Plaintiff

Todd A. Heller (3122211)
Andrea J. Beer (6281628)
Law Offices of Todd A. Heller & Associates
707 Lake Cook Road, Suite 316
Deerfield, IL 60015
847-714-0300
847-714-0310 Fax

## CERTIFICATE OF SERVICE

     The undersigned, being first duly sworn on oath, deposes and states that a copy of the foregoing Notice and above-mentioned pleading(s) was/were served on the party(ies) as above-addressed through the Electronic Case Filing system, pursuant to Fed.R.Civ.P.5(a), on July 11, 2008.

                                                                              /s/ Andrea J. Beer
                                                       As provided by law pursuant to Rule 5(b)(2)(B) of Fed. Rules
                                                       of Civil Procedure, I certify that the statements set forth
                                                       herein as true and correct.