**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mary Lloyd
                        Plaintiff,

v.                                              Case No.: 1:08–cv–02701
                                              Honorable Amy J. St. Eve

Aurelius Cole, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve: Pursuant to Northern District of Illinois Local Rule 26.3, the parties shall not file discovery materials with the Court. Instead, the party serving the discovery materials or taking the deposition shall retain the original and be custodian of it. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.