IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY LLOYD, as Special Administrator of the Estate of PHILLIP LLOYD, deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:08-cv-02701<br>) Judge St. Eve |
| AURELIUS COLE and JOHNNY HOLMES, in his official capacity as Chief of the VILLAGE OF ROBBINS POLICE DEPARTMENT, | )<br>)<br>)<br>) |
| Defendants. | ) |

**Certificate of Service**

TO:  Gregory E. Rogus
     Anastasios T. Foukas
     Segal McCambridge Singer & Mahoney, Ltd.
     Sears Tower, Suite 5500
     233 South Wacker
     Chicago, IL 60606

PLEASE TAKE NOTICE that I, Andrea J. Beer, state that I have served a true copy of this Certificate of Service and Plaintiff's First Set of Requests for Production of Documents, Plaintiff's First Set of Interrogatories to Defendant, AURELIUS COLE, Plaintiff's First Set of Interrogatories to Defendant, JOHNNY HOLMES, in his official capacity as Chief of the VILLAGE OF ROBBINS POLICE DEPARTMENT,  and Plaintiff's Amended Rule 26(a)(1) Disclosures upon the party to whom it is directed by mailing the same in a properly addressed, stamped envelope, sealed, postage prepaid and depositing same in the U.S. Mail box at 707 Lake Cook Road, Deerfield, Illinois, before 5:00 p.m., on this 14th day of July 2008.

LAW OFFICES OF TODD A. HELLER & ASSOC.,
Attorneys for Plaintiff

BY:   /s/ Andrea J. Beer
      One of the Attorneys for Plaintiff

Todd A. Heller (3122211)
Andrea J. Beer (6281628)
Law Offices of Todd A. Heller & Associates
707 Lake Cook Road, Suite 316
Deerfield, IL 60015
847-714-0300
847-714-0310 Fax