UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mary Lloyd
                              Plaintiff,
v.                                              Case No.: 1:08−cv−02701
                                                Honorable Amy J. St. Eve
Aurelius Cole, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve: Because Plaintiff concedes that she has failed to sufficiently allege Counts III and IV of her First Amended Complaint under the federal notice pleading standards, the Court grants Defendants' motion to dismiss Counts III and IV [12] without prejudice. The Court also grants Plaintiff leave to file a Second Amended Complaint which should be filed by 7/21/08.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.