# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Mary Lloyd

                         Plaintiff,

v.                                                    Case No.: 1:08−cv−02701
                                                        Honorable Amy J. St. Eve

Aurelius Cole, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 7/30/2008 and continued to 9/24/08 at 8:30 a.m. Defendants to answer or otherwise plead to plaintiff's second amended complaint by 8/1/08. Defendants' oral motion to stay discovery as to Chief Holmes only is granted. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.