IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY LLOYD, As Special Administrator of The Estate of PHILLIP LLOYD, Deceased,<br><br>　　　　　　Plaintiff,<br><br>-v-<br><br>AURELIUS COLE and JOHNNY HOLMES, in his official capacity as Chief of the Village of Robbins Police Department,<br><br>　　　　　　Defendants. | Case No. 08 C 2701<br>Judge St. Eve |

## AGREED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STRIKE AND/OR DISMISS

The Plaintiff, by and through her attorneys, Todd Heller and Andrea Beer, and the Defendants, by and through their attorneys, Gregory E. Rogus and Anastasios T. Foukas, hereby jointly move,[1] pursuant to agreement, for the court to set the following briefing schedule with respect to Defendants' Motion to Strike and/or Dismiss Certain Portions of Plaintiff's Second Amended Complaint at Law:

　　1.　Plaintiff is to file her response in opposition to said motion on or before August 29, 2008.

　　2.　Defendants are to file their reply in support of said motion on or before September 12, 2008.

WHEREFORE, the parties respectfully request the Court to establish the briefing schedule on Defendants' motion as set forth above.

---

[1] Counsel for both sides conferred and agreed to this schedule following the status hearing held on July 30, 2008. For the sake of convenience, this motion is being electronically filed with the Court only by Defendants' counsel, with notice to Plaintiff's counsel.

          Respectfully submitted,

          Aurelius Cole and Johnny Holmes, in his official capacity as Chief of the Village of Robbins Police Department,

          By:   /s/ Gregory E. Rogus
                  One of their attorneys

Gregory E. Rogus, Esq.
Anastasios T. Foukas, Esq.
Segal, McCambridge, Singer & Mahoney, Ltd.
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
(312) 645-7800
1048059