IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY LLOYD, As Special Administrator of The Estate of PHILLIP LLOYD, Deceased,<br><br>                Plaintiff,<br>-v-<br><br>AURELIUS COLE and JOHNNY HOLMES, in his official capacity as Chief of the Village of Robbins Police Department,<br><br>                Defendants. | Case No. 08 C 2701<br>Judge St. Eve |

## NOTICE OF AGREED MOTION

TO:    Law Offices of Todd A. Heller & Associates
         707 Lake Cook Road #316
         Deerfield, IL 60015

    PLEASE TAKE NOTICE THAT that on August 6, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy J. St. Eve, or any Judge sitting in her stead, in Courtroom 1241, of the United States District Court for the Northern District of Illinois, and then and there present the Agreed Motion to Set Briefing Schedule on Defendants' Motion to Strike and/or Dismiss Certain Portions of Plaintiff's Second Amended Complaint at Law, a copy of which is served on the above-referenced party through the Electronic Case Filing system.

                        SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.,
                        Attorneys for **Defendants**


                        BY:         /s/ Gregory E. Rogus
                                One of the Attorneys for Defendants

Gregory E. Rogus (ARDC No. 3128154)
Anastasios T. Foukas (ARDC No. 6281404)
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 Fax

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn on oath, deposes and states that a copy of the foregoing Notice and above-mentioned pleading(s) was/were served on the party(ies) as above-addressed through the Electronic Case Filing system, pursuant to Fed.R.Civ.P.5(a), on August 1, 2008.

                                            /s/ Gregory E. Rogus
                             As provided by law pursuant to Rule 5(b)(2)(B) of Fed. Rules of Civil Procedure, I certify that the statements set forth herein are true and correct.

1048574