UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mary Lloyd
                    Plaintiff,
v.                                                  Case No.: 1:08−cv−02701
                                                    Honorable Amy J. St. Eve
Aurelius Cole, et al.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

   MINUTE entry before the Honorable Amy J. St. Eve: Defendants' agreed motion to set briefing schedule [31] is granted. Defendants' motion to strike and/or dismiss certain portions of plaintiff's second amended complaint [29] is entered. Plaintiff's response to be filed on or before 8/29/08. Defendants' reply to be filed on or before 9/12/08. No appearance is required on the 8/6/08 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.